IN THE CIRCUIT COURT OF THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO.: 19-61838-CIV-ALTONAGA/SELTZER

The Pines of Oakland Forest

*Plaintiffs,*

v.

Navigators Specialty Insurance

*Defendant.*

_____/

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was successfully mediated on February 24, 2020. The attorneys of record will be forwarding the appropriate dismissal documents upon completion of their settlement documents. You should note that said counsel did an outstanding job of achieving resolution, while representing the best interests of their clients. I appreciate the opportunity of being of assistance to the parties, their counsel and the Court.

Respectfully submitted,

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
**MEDIATION GROUP**
rmax@uww-adr.com
800-264-2622