UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61838-CIV-ALTONAGA

THE PINES OF OAKLAND FOREST WEST
CONDOMINIUM ASSOCIATION INC.,

    Plaintiff,
vs.

NAVIGATORS SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediator's Report to Court [ECF No. 37], filed on February 26, 2020, indicating the parties have reached an agreement in this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of February, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record