**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-CV-61838-ALTONAGA/SELTZER**

THE PINES OF OAKLAND FOREST WEST
CONDOMINIUM ASSOCIATION, INC.,

    vs.

NAVIGATORS SPECIALTY
INSURANCE COMPANY,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, THE PINES OF OAKLAND FOREST WEST CONDOMINIUM ASSOCIATION, INC., and the Defendant, NAVIGATORS SPECIALTY INSURANCE COMPANY, by and through their undersigned legal counsel, hereby jointly stipulate and move that this cause be dismissed with prejudice, including all claims that were or could have been raised in this action, each party bearing its own costs and attorney's fees.

Dated: March 26, 2020.

| | |
|---|---|
| By: /s/ *Eugene Murphy* | By: /s/ *Robert Ader*_____ |
| Eugene P. Murphy/ FBN 638501 | Robert Ader, Esq. |
| Robinson & Cole LLP | Elizabeth Hitt, Esq. |
| 777 Brickell Avenue, Suite 680 | **ADER & HITT, P.A.** |
| Miami, FL 33131 | Bank of America Tower, Suite 3550 |
| Telephone: 786-725-4120 | 100 SE 2nd Street |
| Facsimile:  786-725-4121 | Miami, Florida 33131 |
| E-mail: emurphy@rc.com | Telephone: (305) 371-6060 |
| *Counsel for Defendant, Navigators Specialty Insurance Company* | Facsimile: (305) 358-5917 |
| | Email: rader@aderhittlaw.com |
| | ehitt@aderhittlaw.com |
| | *Attorney for Plaintiff* |